**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Ronald TUCKER, Defendant/Appellant.**

**No. ED 96849.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 12, 2012.

Jessica P. Meredith, Jefferson City, MO, For Plaintiff/Respondent.

Loyce Ann Rhodes Hamilton, St. Louis, MO, For Defendant/Appellant.

Before KURT S. ODENWALD, C.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Ronald Tucker appeals from the trial court's judgment entered upon a jury verdict finding him guilty of one count of first-degree statutory sodomy, Section 566.062,[1] and two counts of first-degree child molestation, Section 566.067. We have reviewed the briefs of the parties and the record on appeal and discern no plain error. *State v. Speaks,* 298 S.W.3d 70, 85 (Mo.App. E.D.

1. All statutory references are to RSMo 2000, unless otherwise indicated.

2009). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).